NO. 07-03-0069-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 24, 2003

______________________________

HERBERT FEIST, APPELLANT

V.

KEITH PRICE, APPELLEE

_________________________________

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 087621-00-A; HONORABLE DAVID GLEASON, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION
(footnote: 1)
 By order dated March 5, 2003, this Court overruled appellant’s motion to proceed 
in forma pauperis
 and directed him to pay the required filing fee of $125 within 15 days noting that failure to do so might result in dismissal.  Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or by the Supreme Court when an item is presented for filing.  
See
 Tex. R. App. P. 5 and 12.1(b).  Thus, because the filing fee was not paid we must dismiss the appeal.

Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of Appellate Procedure and with a notice from the Clerk requiring payment of the filing fee.  Tex. R. App. P. 42.3(c).

Don H. Reavis

    Justice

FOOTNOTES
1:
Tex. R. App. P. 47.2(a).